IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTH PAGE-NELSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:25-cv-605-ECM |
| | ) |
| KASH PATEL, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

On October 8, 2025, Magistrate Judge entered a Recommendation (doc. 14) to which no timely objections have been filed.[1]  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 14) is ADOPTED;

2. The Plaintiff's motions for preliminary injunction (docs. 8, 10) are DENIED;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

---

[1] Objections were originally due on October 23, 2025. (Doc. 14 at 3).  However, on October 21, 2025, the Court entered a General Order staying civil litigation in which the United States is a party in light of the lapse of appropriations. (*See* doc. 17).  Pursuant to the General Order, "when appropriations are restored, all deadlines in place as of the date of this Order shall automatically be extended the number of calendar days of the lapse in appropriations plus seven calendar days without further order of the Court." (*Id.* at 2).  Appropriations were restored on November 12, 2025. (*See* doc. 19).  Because the lapse in appropriations lasted forty-three days, the objection deadline was extended by fifty days (forty-three plus seven), or until December 12, 2025.  To date, no objections have been filed.

DONE this 12th day of January, 2026.

                                /s/ Emily C. Marks
                            EMILY C. MARKS
                            CHIEF UNITED STATES DISTRICT JUDGE